UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-670-4 |
| Plaintiff, | ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | |
| EDMOND MCCALL, | ) ) | |
| Defendant. | ) ) ) | |

**OPINION AND ORDER**

Edmond McCall seeks early termination of his probation. The record shows that Mr. McCall has largely done well on supervision after a couple initial bumps on the road. Since June 2023, Mr. McCall has had negative drug tests. He has stable housing, employment, and income. And he completed cognitive behavioral treatment in March 2024. At this point, the Court would like to ensure that Mr. McCall remains on his current path and continues to do well in the community. With an additional period of positive results, the Court has no doubt that Mr. McCall can and will demonstrate that early termination is warranted. Therefore, the Court **DENIES WITHOUT PREJUDICE** Mr. McCall's motion for early termination at this time.

**SO ORDERED.**

1

Dated: February 6, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio